WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Defendant, Sallie Mae Bank, incorrectly identified in Plaintiff's Complaint as "Sallie Mae"*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDALIA SULLIVAN,<br><br>  Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; CLARITY SERVICES, INC.; BACKGROUNDCHECKS.COM LLC; and SALLIE MAE,<br><br>  Defendants. | Case No.: 2:24-cv-02299-MDC<br><br>**STIPULATION AND ORDER TO SET TIME TO FILE RESPONSIVE PLEADING**<br><br>**[First Request]** |

IT IS HEREBY STIPULATED between Plaintiff Edalia Sullivan ("Plaintiff") and Defendant Sallie Mae Bank, incorrectly identified in Plaintiff's Complaint as "Sallie Mae" ("SMB") (collectively the "Parties"), by and through their undersigned counsel of record, as follows:

1. On December 11, 2024, Plaintiff filed a Complaint [ECF No. 1].
2. On December 18, 2024, Plaintiff filed a First Amended Complaint, adding SMB as a defendant [ECF No. 9].
3. On January 6, 2025, SMB was served with a copy of the Summons [ECF No. 10] and the original Complaint [ECF No. 1].
4. Upon information and belief, the First Amended Complaint has not been served on SMB, and Plaintiff has not filed anything on the docket evidencing service of the First Amended Complaint on SMB.

5. Pursuant to Federal Rule of Civil Procedure 15(a)(3), because the First Amended Complaint has not been served, SMB does not presently have a deadline to respond to the First Amended Complaint.

6. However, for ease of administration of this case, SMB is willing to waive service to secure a date certain for the responsive pleading deadline to the First Amended Complaint.

7. To allow SMB to further evaluate the claims, the Parties agree to set the deadline for SMB to answer, move, or otherwise respond to the First Amended Complaint up to and including February 14, 2025.

8. This is the Parties' first request, and it is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| FREEDOM LAW FIRM | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| /s/ Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Avenue, Suite 100<br>Las Vegas, Nevada 89123<br>*Attorney for Plaintiff Edalia Sullivan* | /s/ Robert A. Riether<br>Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorney for Defendant Sallie Mae Bank, incorrectly identified in Plaintiff's Complaint as "Sallie Mae"* |

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 1/27/2025

7274101v.5