WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Road, Suite 220
Las Vegas, NV 89113
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Defendant, Sallie Mae Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARTER and EDALIA SULLIVAN,<br><br>    Plaintiff,<br><br>vs.<br><br>SALLIE MAE BANK,<br><br>    Defendant. | Case No.:  2:24-cv-02299-MDC<br><br>**STIPULATION AND ORDER<br>TO EXTEND SALLIE MAE BANK'S<br>TIME TO RESPOND TO SECOND<br>AMENDED COMPLAINT**<br><br>**[First Request]** |

   IT IS HEREBY STIPULATED between Plaintiffs Carter and Edalia Sullivan ("Plaintiffs") and Defendant Sallie Mae Bank ("SMB") (collectively the "Parties"), by and through their undersigned counsel of record, as follows:

   1. On July 19, 2025, Plaintiffs filed their Second Amended Complaint ("SAC") against SMB. [ECF No. 47].

   2. The deadline for SMB to file a response to the SAC is currently August 4, 2025.

   3. To allow SMB time to respond, investigate the revised allegations in the Second Amended Complaint and discuss same with counsel, the Parties agree to extend the deadline for SMB to file its response to the SAC through September 12, 2025.

//

4. This is the Parties' first request to extend SMB's deadline to file a response to the SAC, and it is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

FREEDOM LAW FIRM

*/s/ Gerardo Avalos*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Attorney for Plaintiffs Carter and Edalia Sullivan*

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether*
Robert A. Riether, Esq.
Nevada Bar No. 12076
8337 W. Sunset Road, Suite 220
Las Vegas, Nevada 89113
*Attorney for Defendant Sallie Mae Bank*

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 8/1/2025