George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiffs Carter and Edalia Sullivan*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Carter and Edalia Sullivan,<br><br>    Plaintiffs,<br>  v.<br><br>Sallie Mae Bank,<br><br>    Defendant. | Case No.: 2:24-cv-02299<br><br>**Stipulation for dismissal of Sallie Mae Bank with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Carter and Edalia Sullivan (collectively, "Plaintiffs") and Sallie Mae Bank stipulate to dismiss Plaintiffs' claims against Sallie Mae Bank with prejudice.

///
///
///
///
///
///
///

_____

STIPULATION      - 1 -

1      Each party will bear its own costs, disbursements, and attorney fees.

2      Dated: September 24, 2025.

3

4    **FREEDOM LAW FIRM**

5    /s/ *Gerardo Avalos*
     George Haines, Esq.
6    Gerardo Avalos, Esq.
7    8985 S. Eastern Ave., Suite 100
     Las Vegas, Nevada 89123
8    *Counsel for Plaintiffs Carter and Edalia Sullivan*

9

10   **WRIGHT, FINLAY & ZAK, LLP**

11   /s/ *Robert A. Riether*
12   Robert A. Riether, Esq.
     8337 W. Sunset Rd., Suite 220
13   Las Vegas, NV 89113
14   *Counsel for Sallie Mae Bank*

15                                        **ORDER**

16

17                            IT IS SO ORDERED:

18

19   _____
20   Hon. Maximiliano D. Couvillier, III
     UNITES STATES DISTRICT JUDGE
21

22                            DATED: September 25, 2025

23

24

25

26

27

_____